# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

133880

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWENDOLYN JONES,
       Plaintiff-Appellee,

v

SC: 133880
COA: 272746
WCAC: 04-000200

COMERICA, INC., and FEDERAL INSURANCE
COMPANY,
       Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the March 29, 2007 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Stokes v DaimlerChrysler Corp* (Docket No. 132648) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2008

_____

Clerk

t0123